CM/ECF ntcdef2
(07/10/20)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

In Re:  John Coleman  )  Case No.: 21–11833–SDM
       Debtor(s)  )  Chapter: 11
      )  Judge: Selene D. Maddox
      )
      )

## ORDER AND NOTICE AS TO DEFICIENCY(IES) AND PROPOSED DISMISSAL OF CASE FOR FAILURE TO FILE DOCUMENTS DUE WITH THE VOLUNTARY PETITION

   Pursuant to Federal Rules of Bankruptcy Procedure, the debtor shall file certain documents with the voluntary petition. In order for this case to be administered, it is necessary that the documents described below be filed by the deadline indicated:

   List of Creditors (Matrix) due: 10/1/21

   Verification of Matrix due: 10/1/21

   Statement of Social Security Number due: 10/1/21

  Any extension of time may be granted only on motion for cause shown.

  If the required documents are not timely filed by 10/1/21, the Court will enter an ex parte order dismissing the case without further notice or hearing.

Dated and Entered: 9/29/21

                                                  Selene D. Maddox
                                                  Judge, U.S. Bankruptcy Court